# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

| | |
|---|---|
| CAROLE DORRIS, | |
| **Plaintiff,** | **Case No. 3:25-cv-00529** |
| v. | **Judge Waverly D. Crenshaw, Jr.** |
| STATE FARM FIRE AND CASUALTY CO, | **Magistrate Judge Alistair Newbern** |
| **Defendant.** | **JURY DEMANDED** |

## DEFENDANT STATE FARM FIRE AND CASUALTY COMPANY'S MOTION FOR ENLARGEMENT OF TIME TO SERVE RULE 26 EXPERT DISCLOSURES

**COMES NOW** Defendant State Farm Fire and Casualty Company ("State Farm" or "Defendant"), by and through counsel, pursuant to Federal Rule of Civil Procedure 6(b), and moves this Court to allow it an enlargement of time to serve its expert disclosures pursuant to Federal Rule of Civil Procedure 26. In support of this Motion, State Farm would state as follows:

1. On July 31, 2025, this Court filed its Initial Case Management Order [DE 21] based on the parties' Joint Proposed Case Management Order [DE 19] and initial case management conference.

2. Upon the agreement of the parties, State Farm's expert disclosures deadline was extended until today, April 3, 2026.

3. On April 3, 2026, counsel for State Farm contacted Plaintiff's counsel requesting a brief additional extension for State Farm's expert disclosures until Monday, April 6, 2026.

4.      Despite best efforts to complete the disclosures and contact Plaintiff's counsel when such completion was no longer feasible, State Farm's counsel was unable to reach Plaintiff's counsel to discuss the proposed extension.

5.      Based on the above, State Farm respectfully moves this Court for a brief enlargement of time to serve its expert disclosures on April 6, 2026.

Respectfully submitted,

LEWIS THOMASON, P.C.


By: /s/ *Brayden C. Jackson*
    Reba Brown, BPR No. 10920
    Brayden C. Jackson, BPR No. 042322
    424 Church Street, Suite 2500
    Nashville, TN  37219
    (615) 259-1366
    rbrown@lewisthomason.com
    bjackson@lewisthomason.com

    *Counsel for Defendant State Farm Fire and Casualty Company*

2

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on the 3rd day of April 2026, a copy of the foregoing **DEFENDANT STATE FARM FIRE AND CASUALTY COMPANY'S MOTION FOR ENLARGEMENT OF TIME TO SERVE RULE 26 EXPERT DISCLOSURES** has been filed with the Court's electronic filing system and delivered to the following via the Court's CM/ECF system and/or by email to the counsel of record as follows:

Emily S. Alcorn, Esq.
Jonathan L. Bobbitt, Esq.
McWherter Scott Bobbitt PLC
109 Westpark Dr, Suite 260
Brentwood, TN 37027
emily@msb.law
jonathan@msb.law

*Counsel for Plaintiff*

*/s/ Brayden C. Jackson*
Brayden C. Jackson
